IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

CYRILL A. KOLOCOTRONIS, )
  )
          Plaintiff, )
  )
          v. )     No. 06-4180-CV-C-NKL
  )
M.D. VEERA REDDY, et al., )
  )
          Defendants. )

## ORDER

On August 17, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's August 17, 2006, Report and Recommendation is adopted [4]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to 28 U.S.C. § 1915 and the general order In re Cyrill Athanasios Kolocotronis (W.D. Mo. Aug. 28, 2003).

                                          /s/ Nanette Laughrey

                                        NANETTE K. LAUGHREY
                                        United States District Judge

Dated: October 25, 2006
Jefferson City, Missouri