# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CYRILL A. KOLOCOTRONIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4180-CV-C-NKL |
| ) | |
| M.D. VEERA REDDY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 2, 2006, plaintiff filed exceptions to the report and recommendation of August 17, 2006. On October 25, 2006, the report and recommendation was adopted and plaintiff's claims were dismissed. Accordingly, plaintiff's exceptions will be treated as a motion under Fed. R. Civ. P. 59(e) to alter or amend the court's judgment because it was filed within ten days after the date judgment was entered. See Johnson v. Johnson, No. 91-1942EM, slip op. (8th Cir. Oct. 4, 1991) (unpublished). After consideration, plaintiff's motion will be denied.

IT IS, THEREFORE, ORDERED that plaintiff's motion to alter or amend the judgment is denied. [7]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: November 17, 2006
Jefferson City, Missouri